IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANET L. GATTON, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Case No. CCB00-178 |
| NRG RECORDS, INC., et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF HEARING

You are hereby notified that a hearing will be held on Plaintiffs' Motion For Preliminary Injunction in the above-captioned matter, on **February 4, 2000**, at 2:30 P.M. in the Federal Courthouse located at 101 W. Lombard Street, Baltimore, Maryland in courtroom 7D, before the Hon. Catherine C. Blake.

So Ordered,

_____
Catherine C. Blake
U.S. District Judge    1-21-2000

#188400



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Hearing on Plaintiff's Motion for Preliminary Injunction was served with the summons and complaint on the following defendants:

NRG Records, Inc.
c/o Ethel Norma Gatton
Resident Agent
3171 Maple Lane
Alpharetta, Georgia 30201

Ethel Norma Gatton
3171 Maple Lane
Alpharetta, Georgia 30201

Donna G. Oliff
14750 Wood Road
Alpharetta, Georgia 30201

_____
Michael P. Cunningham

#188400