IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANET L. GATTON, et al.    *

    Plaintiffs    *

v.    *    Case No. CCB-00-178

NRG RECORDS, INC., et al.    *

    Defendants    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

WHEREAS all parties to the above-captioned matter have entered into an Agreement of Settlement dated April 28, 2000; and

WHEREAS in accordance with that Agreement, the defendants deposited the sum of $45,000 in the Registry of the U.S. District Court for Maryland (Northern Division); and

WHEREAS in accordance with that Agreement, the plaintiffs have filed a Stipulation of Dismissal With Prejudice in this matter, a copy of which is attached, which entitles plaintiffs to possession of the above-referenced escrowed funds;

NOW THEREFORE, it is this 27 day of July, 2000 hereby

ORDERED that the full sum of $45,000 held in the Registry of this Court, plus any interest accrued, be released forthwith to plaintiffs, in the form of a check made payable to:

    Tydings & Rosenberg LLP
        100 East Pratt Street
        Suite 2600
        Baltimore, Maryland 21202

#214135

Attn: Harold M. Walter
Tax I.D. No. 52-0694081

_____
Judge Susan K. Gauvey
U.S. District Court

cc:   Harold M. Walter, Esquire
      Barbara J. Gorinson, Esquire

#214135