IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANET L. GATTON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. CCB-00-178 |
| NRG RECORDS, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Pursuant to the settlement agreement between the parties, and Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs, Janet L. Gatton and Holly A. Gatton, by counsel, hereby dismiss the above-captioned lawsuit against the defendants, NRG Records, Inc., Ethel Norma Gatton, and Donna Oliff, with prejudice.

Dated: July 26, 2000

_____
Harold M. Walter, Bar No. 03387
Michael P. Cunningham, Bar No. 26010
 Tydings & Rosenberg LLP
 100 East Pratt Street, 26th Floor
 Baltimore, Maryland 21202
 (410) 752-9700

Attorneys for Plaintiffs

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

JUL 7 2000

UNITED STATES DISTRICT JUDGE

#213838

#213838

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, a copy of the foregoing Notice of Dismissal was sent, by first-class mail, postage prepaid, to:

>Barbara J. Gorinson, Esquire
>Joseph, Greenwald & Laake, P.A.
>6404 Ivy Lane, Suite 400
>Greenbelt, Maryland 20770
>(301) 220-2200
>
>**Counsel for Ethel Norma Gatton and NRG Records, Inc.**
>
>Allen W. Groves, Esquire
>McCullough Sherrill, LLP
>1409 Peachtree Street, N.E.
>Atlanta, GA 30309
>
>**Counsel for Donna G. Oliff**

_____
Harold M. Walter